# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

---

SHIVA STEIN,

      Plaintiff,

v.

THE ULTIMATE SOFTWARE GROUP, INC., SCOTT SCHERR, MARC D. SCHERR, ALOIS T. LEITER, RICK A. WILBER, JONATHAN MARINER, JAMES A. FITZPATRICK, JR., and JASON RYAN DORSEY,

      Defendants.

---

Case No. 19-cv-00538-CFC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Shiva Stein hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: May 8, 2019

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Gina M. Serra*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*